**Order filed, May 4, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas

———————————

## NO. 01-22-00329-CV

———————————

### EDUARDO  AYALA, Appellant

### V.

### CITY OF MEADOWS PLACE; FORT BEND INDEPENDENCE SCHOOL DISTRICT, FORT BEND COUNTY; FORT BEND COUNTY DRAINAGE DISTRICT; FORT BEND GENERAL FUND, Appellee

---

### On Appeal from the 268th District Court
### Fort Bend County, Texas
### Trial Court Case 21-DCV-287638

---

## ORDER

The reporter's record in this case was due February 28, 2022.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Marisol Ramos, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM